UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE ROBINSON,

    Plaintiff,

v.

    Case No. 1:24-cv-258

    HONORABLE PAUL L. MALONEY

HUTCHINSON ANTIVIBRATION
SYSTEMS, INC.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order (ECF No. 62) issued on today's date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: July 15, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge